1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NORMAN DIXON,                                No.  2:13-cv-966-EFB P

12                  Plaintiff,

13          v.                                     ORDER

14   RON BARNES,

15                  Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

20   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

21          On October 16, 2013, the court informed plaintiff of the deficiencies in his original

22   complaint and directed plaintiff to file an amended complaint within thirty days.  ECF No. 6.  The

23   court also warned plaintiff that failure to comply with the order would result in this action being

24   dismissed for failure to state a claim.  *Id.*  The time for acting has passed and plaintiff has not

25   filed an amended complaint, or otherwise responded to the court's order.

26          A party's failure to comply with any order or with the Local Rules "may be grounds for

27   imposition by the Court of any and all sanctions authorized by statute or Rule or within the

28   inherent power of the Court."  E.D. Cal. Local Rule 110.  The court may dismiss an action with or

                                                    1

1   without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v.*

2   *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

3   dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

4   complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

5   1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

6   regarding notice of change of address affirmed).

7            Accordingly, it is hereby ORDERED that this action is DISMISSED for failure to state a

8   claim and failure to prosecute.  28 U.S.C. § 1915A(b); Fed. R. Civ. P. 41(b); E. D. Cal. Local

9   Rule 110.

10  Dated:  November 19, 2013.

11                                          EDMUND F. BRENNAN
12                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28